IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES A. COOPER,** | ) |
| | ) |
| Petitioner/Defendant, | ) |
| | )   **CIVIL NO. 09-cv-162-MJR** |
| vs. | ) |
| | )   **CRIMINAL NO. 03-cr-40059** |
| **UNITED STATES of AMERICA ,** | ) |
| | ) |
| Respondent/Plaintiff. | ) |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court on Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255.  Petitioner was found guilty, after a jury trial, of drug and gun charges, 21 U.S.C. §§ 846, 841(a)(1); 18 U.S.C. § 922(g)(1). *United States v. Cooper*, Case No. 03-cr-40059 (S.D. Ill.).  Petitioner was sentenced to a total of 285 months imprisonment. *Id*.  Petitioner appealed his convictions and sentences, but the appeal was dismissed. *United States v. Cooper*, Case No. 05-4165 (7th Cir. May 24, 2007).  Petitioner sought, but was denied, a writ of certiorari to the Supreme Court of the United States. *United States v. Cooper*, 128 S. Ct. 1445 (2008).

In his § 2255 motion, Petitioner asserts eight claims of ineffective assistance of counsel.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order.  The Government shall, as part of its response, address whether the instant motion is time barred under 28 U.S.C. § 2255(f).  Additionally, the

Government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED**.

**DATED:** November 6, 2009.

/s/   *David R Herndon*
**DISTRICT JUDGE**