IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES A. COOPER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                                                No. 09-162-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the Government's Third Motion for Extension of Time to File Response to Petitioner's Motion Under 28 U.S.C. § 2255 (Doc. 8). The Government asks for a fourteen (14) day extension in which to file a response to Cooper's petition as the United States Supreme Court has recently issued a decision which the Government believes might impact their response to the issues raised by Cooper. Based on the reasons in the motion, the Court **GRANTS** the Government's Third Motion for Extension of Time (Doc. 8). The Government will have up to and including **March 22, 2010** in which to file a response to Cooper's petition.

**IT IS SO ORDERED.**

Signed this 9th day of March, 2010.

/s/ David R Herndon
**Chief Judge
United States District Court**