IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES A. COOPER,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.                                                                          No. 09-162-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Petitioner's motion for an enlargement of time within which to prepare, serve, and file his reply to the Government's response to Petitioner's motion under 28 U.S.C. § 2255 (Doc. 11). Specifically, Petitioner requests that he be given an extension up to May 24, 2010 in which to file his reply. Petitioner states that he has not been able to prepare a reply because the institution in which he is currently confined has converted to an electronic system and now no longer houses legal books in its library. Petitioner points out that the new system has glitches which have prevented him from being able to file a timely reply. Based on the reasons in the motion, the Court **GRANTS** Petitioner's motion for enlargement of time (Doc. 11). Petitioner will have up to and including **May 24, 2010** in which to file his reply to the Government's response. **IT IS SO ORDERED.**

Signed this 6th day of April, 2010.

/s/ *David R Herndon*
**Chief Judge United States District Court**