# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JAMES COOPER,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**                                                                    **No. 09-162-DRH**


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on March 23, 2012, the motion to vacate is **DENIED** and this case is **DISMISSED** with prejudice.

                                               **NANCY J. ROSENSTENGEL,**
                                               **CLERK OF COURT**


                                       **BY:**       ***/s/Sandy Pannier***
                                                  **Deputy Clerk**

Dated: March 23, 2012


APPROVED:     s/DAVID R. HERNDON
                      CHIEF JUDGE
                      U. S. DISTRICT COURT